**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>**United States of America**</u>

    **v.**                                    Case No. 07-cr-246-PB

<u>**James Lindbloom**</u>

<u>**O R D E R**</u>

The defendant, through counsel, has moved to continue the May 6, 2008 trial in the above case to allow additional time to engage in plea negotiations or prepare for trial.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from May 6, 2008 to July 8, 2008.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reason, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial

The April 21, 2008 final pretrial conference is continued to June 23, 2008 at 4:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

April 21, 2008

cc:  Jaye L. Rancourt, Esq.
     Clyde Garrigan, AUSA
     United States Probation
     United States Marshal